IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKY DOCKERY,<br><br>        Petitioner,<br><br>v.<br><br>NANCY GIROUX, et. al.<br><br>        Respondents. | CIVIL ACTION<br>NO. 14-6636<br><br>**FILED**<br>MAR - 6 2017<br>KATE BARKMAN, Clerk<br>By_____ Dep. Clerk |

## ORDER

**AND NOW**, this 6th day of March 2017, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1) and the Report and Recommendation by United States Magistrate Judge Henry S. Perkin (Doc. No. 28), it is **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Perkin (Doc. No. 28) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

3. A Certificate of Appealability **SHALL NOT** be issued based on the analysis contained in Magistrate Judge Perkin's Report and Recommendation, as approved and adopted by this Court, that a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Writ of Habeas Corpus; and

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.