IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKY DOCKERY,<br><br>                Petitioner,<br><br>v.<br><br>NANCY GIROUX, et. al.<br><br>                Respondents. | CIVIL ACTION<br>NO. 14-6636 |

## ORDER

**AND NOW**, this 27th day of March 2017, upon consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), the Report and Recommendation by United States Magistrate Judge Henry S. Perkin (Doc. No. 28), Petitioner's Objections (Doc. No. 30), a thorough and independent review of the record, and for the reasons stated in the Opinion issued this day, it is **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Perkin (Doc. No. 28) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**;

3. A Certificate of Appealability **SHALL NOT** be issued based on the analysis contained in Magistrate Judge Perkin's Report and Recommendation, as approved and adopted by this Court, that a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Writ of Habeas Corpus; and

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*/s/ Joel H. Slomsky*
JOEL H. SLOMSKY, J.